**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Robert Michael Gomez v. The State of Texas

Appellate case number:   01-12-01026-CR, 01-12-01027-CR

Trial court case number:  10CR3362, 10CR3363

Trial court:                     405th District Court of Galveston County

      The district clerk is ordered to supplement the record with the pre-sentencing investigation report.  The supplemental record is due no later than June 17, 2013.

Judge's signature: /s/ Rebeca Huddle
                  ☑ Acting individually    □ Acting for the Court

Date:  June 7, 2013